# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALEOS & KRIEGER, P.C.<br>1250 CONNECTICUT AVE., NW<br>Suite 200<br>Washington, DC 20036<br><br>    Plaintiff,<br><br>        v.<br><br>PORCHE CARS NORTH AMERICA<br>980 HAMMOND DRIVE<br>SUITE 1000<br>ATLANTA, GA 30328<br><br>    and<br><br>AMERIPRISE HOME and AUTO<br> INSURANCE<br>3500 PACKERLAND DRIVE<br>DE PERE, WI 54115<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No:_____<br><br>PLAINTIFF DEMANDS TRAIL BY JURY |

## COMPLAINT

NOW COME Plaintiff, Paleos & Krieger, P.C., by and through undersigned counsel, and for their Complaint against Defendants Porche Cars North America and Ameriprise Auto and Home Insurance, and avers as follows.

## JURISDICTION

1. Jurisdiction is founded upon diversity jurisdiction, 28 U.S.C. § 1332.

2. Plaintiff is a professional corporation registered in the District of Columbia with its principal place of business therein.

3. Defendant Porche Cars North America is a Georgia Corporation with its principal

place of business in Atlanta, Georgia.

4. Defendant Ameriprise Auto & Home Insurance is a Wisconsin corporation with its principal place of business in De Pere Wisconsin.

5. Defendants' complained of acts and omissions occurred in their respective states of domicile.

## FACTS

6. In December 2003, Plaintiff purchased a new "Porche Cayanne S" from an authorized Porche Dealer. Said vehicle was warranted to be free from defect for a period of three years. Plaintiff insured said vehicle for full coverage by Defendant Ameriprise.

7. On March 5, 2005, while said vehicle remained under warranty and insurance coverage, it spontaneously caught fire with the engine and all other systems off while parked locked in an unattended in a public parking area, resulting in total loss of the vehicle and its contents.

8. Plaintiff immediately notified Defendant Ameriprise who arranged to have the vehicle removed from the public parking area and took custody of it.

9. Plaintiff was subsequently informed that Defendant Ameriprise planned to seek contribution and indemnification from Defendant Porche Cars North America under its claim number 601891P104. Plaintiff was advised that at least one forensic examination of the vehicle was performed jointly by Defendants to determine the cause of the fire. Said examination(s) apparently were inconclusive.

10. Upon information and belief Plaintiff avers that Defendant Ameriprise retains

      custody of the vehicle.

11.    To date Plaintiff has received no indemnification payment nor offer thereof from either Defendant.

## COUNT I

## BREACH OF CONTRACT

12.    Plaintiff repeats each and every allegation contained in paragraphs 1-11 above, as if fully set forth herein.

13.    Defendant Porche Cars North America has breached its sales contract to Plaintiff by failing to provide a vehicle free of defect for three years, resulting in property loss to Plaintiff.

## COUNT II

## BREACH OF WARRANTY

14.    Plaintiff repeats each and every allegation contained in paragraphs 1-11 above, as if fully set forth herein.

15.    Defendant Porche Cars North America has breached its warranty to Plaintiff to repair or replace at no cost to Plaintiff any defective components of said vehicle.

## COUNT III

## NEGLIGENCE

16.    Plaintiff repeats each and every allegation contained in paragraphs 1-11 above, as if fully set forth herein.

17.    Defendant Porche Cars North America negligently provided Plaintiff with a vehicle suffering from defect in design, manufacture or otherwise, resulting in

property loss to Plaintiff.

## COUNT IV

## BREACH OF CONTRACT OF INSURANCE

18.  Plaintiff repeats each and every allegation contained in paragraphs 1-11 above, as if fully set forth herein.

19.  Defendant Ameriprise has breached its contract of insurance with Plaintiff by failing to provide indemnification for loss of the subject vehicle and its contents.

WHEREFORE, as a direct and proximate result of Defendants' above avered acts and omissions, Plaintiff has suffered a loss exceeding $75,000.00, and prays this Honorable Court grant it the following relief:

   a.  an award of monetary damages to compensate Plaintiff for its loss;
   b.  an award of interest based upon the award of monetary damages;
   b.  an award of costs of litigation, including attorneys fees; and,
   c.  whatever further, different or additional relief as this Court should deem just and proper.

Respectfully submitted,

_____
Roy W. Krieger
D.C. Bar# 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., N.W.,
Suite 200
Washington, D.C.  20036
(202) 261-3576

Counsel For Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

PALEOS & KRIEGER, PC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __DC__
(EXCEPT IN U.S. PLAINTIFF CASES)

11001

## DEFENDANTS

PORCHE CARS OF NORTH AMERICA
AMERIPRISE AUTO + HOME INSURANCE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ROY KRIEGER, PALEOS + KRIEGER
1250 CONN. AVE, NW, WASH DC
20036  202/261-3576

Case: 1:08-cv-00384
Assigned To : Walton, Reggie
Assign. Date : 3/3/2008
Description: General Civil

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☒ E. General Civil (Other)  OR  ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☒ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332 PROPERTY DAMAGE & FAILURE TO PAY CLAIM

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 75,000.00 +   Check YES only if demanded in complaint JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE 3/3/08   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.