CO-386
Rev. 10/03

**FILED**

MAR - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PALEOS + KRIEGER, PC          )
                              )
                              )
                  Plaintiff   )
                              )
              v.              )
PORCHE CARS NORTH AMERICA     )    Case: 1:08-cv-00384
AMERIPRISE INSURANCE          )    Assigned To : Walton, Reggie B.
                  Defendant   )    Assign. Date : 3/3/2008
                              )    Description: General Civil
                              )

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __PLAINTIFF__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DEFENDANTS__, which have any outstanding securities in the hands of the public. __AMERICAN EXPRESS AND IDS PROPERTY AND CAUSALTY__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Roy W. Krieger_
Signature

__375754__                          __ROY W. KRIEGER__
Bar Identification Number           Print Name

                                    __1250 CONN. AVE, #200__
                                    Address

                                    __WASH__      __DC__     __20036__
                                    City          State      Zip

                                    __202/261-3576__
                                    Telephone Number

2