UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALEOS & KRIEGER, P.C. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   Civil Action No: 1:08-CV-00384 (RBW) |
| | ) |
| PORCHE CARS NORTH AMERICA, *et al* | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

NOW COMES Plaintiff, Paleos & Krieger, P.C., and avers that service of the Summons and Complaint in the above captioned matter was accomplished upon Defendant Ameriprise Home and Auto Insurance via its registered agent, CT Corp., 8046 Excelsior Dr., Madison, WI on June 30, 2008, FEDEX Air Bill 8652 3544 6414.

Plaintiff further avers that the Summons and Complaint in the above captioned matter was attempted to be served upon Defendant Porche Cars of North America via its purported registered agent, CT Corp. 1201 Peachtree St., NW, Atlanta, GA 30361, on July 1, 2008, FEDEX Air Bill 8652 3544 5885, but was returned to Plaintiff with a letter (copied to this Court), stating that CT Corp. had no record of Porche Cars of North America, nor did the Georgia Secretary of State. This, despite the fact that Defendant Porche Cars of North America lists its headquarters in Atlanta and Plaintiff's undersigned counsel had spoken with counsel for Porche Cars of North America, who advised undersigned counsel that its registered agent was, indeed, CT Corp.

Defendant Porche Cars of North America is apparently another corporation doing-business-as Porche Cars of North America. Plaintiff's undersigned counsel is currently researching the matter and may issue a subpoena to Defendant Porche Cars of North America to

disclose the identity and location of its parent Corp.

    I, Roy W. Krieger, do hereby declare the foregoing averments to be true and correct under penalty of perjury.

_____/s/_____
Roy W. Krieger

                Respectfully submitted,

                _____/s/_____
                Roy W. Krieger
                D.C. Bar# 375754
                PALEOS & KRIEGER, P.C.
                1250 Connecticut Ave., N.W.,
                Suite 200
                Washington, D.C.  20036
                (202) 261-3576

                Counsel For Plaintiff