UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PALEOS & KRIEGER, P.C., | § § § | |
| Plaintiff | § § | Civil Action No. 000384-RBW |
| v. | § § | |
| PORSCHE CARS NORTH AMERICA and AMERIPRISE HOME and AUTO INSURANCE | § § § § § § | |
| Defendants | § | |

DEFENDANT AMERIPRISE'S
MOTION TO DISMISS OR IN THE ALTERNATIVE FOR
SUMMARY JUDGMENT OR IN THE ALTERNATIVE TO TRANSFER VENUE

Comes now the improperly named Defendant, Ameriprise Home and Auto Insurance, by and through counsel, and moves this court for the entry of an order dismissing the complaint in the above-captioned matter, or in the alternative for summary judgment, or in the event the above relief is not ordered, to transfer this action to Maryland, a more convenient venue. The motion should be granted because: (1) the amount in controversy is less than the sum or value specified by 28 U.S.C. §1332; (2) the complaint fails to state a claim upon which relief can be granted, or alternatively there is no genuine issue of material fact and this defendant is entitled to judgment as a matter of law; and (3) venue is improper as no part of the events giving rise to the claim occurred in this district and the District of Maryland is a more convenient forum. In support of this

motion, Defendant relies upon the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

BRAULT GRAHAM, PLLC


By: ___/s/Daniel L. Shea_____
    Daniel L. Shea
    101 South Washington Street
    Rockville, Maryland  20850
    (301) 424-1060
    Attorneys for Defendant AMEX Assurance
    Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2008, a copy of the foregoing was mailed, first class mail, postage prepaid, to:

Roy W. Krieger, Esquire
Paleos & Kreiger, P.C.
1250 Connecticut Avenue, NW
Suite 200
Washington, D.C.  20036
*Attorneys for Plaintiff*

Porsche Cars North America
980 Hammond Drive
Suite 1000
Atlanta, GA  30328
*Co-Defendant*


__/s/Daniel L. Shea_____
Daniel L. Shea, Esquire