UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PALEOS & KRIEGER, P.C., | § § § | |
| Plaintiff | § § | Civil Action No. 000384-RBW |
| v. | § § | |
| PORSCHE CARS NORTH AMERICA and AMERIPRISE HOME and AUTO INSURANCE | § § § § § § | |
| Defendants | § | |

# ORDER

Upon consideration of the Motion of Defendant, Ameriprise Home and Auto Insurance, whose proper name is AMEX Assurance Company, and good cause appearing therefore, it is this _____ day of _____2008,

ORDERED that the Motion to Dismiss on the grounds that the amount in controversy is less than the sum or value specified by 28 U.S.C. §1332, be and the same hereby is GRANTED; and it is further

ORDERED that the Motion to Dismiss on the grounds that the Complaint herein fails to state a claim upon which relief can be granted or alternatively for Summary Judgment on the grounds that there is no genuine issue of material fact, be and the same hereby is GRANTED; and it is further

ORDERED that the Motion to Transfer on the grounds that the venue is improper in the District of Columbia and that the District of Maryland is a more convenient forum for the maintenance of this action be and the same hereby is GRANTED.

_____
United States District Court Judge