UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PALEOS & KRIEGER ,PC., ) | |
|     Plaintiff ) | |
|     v. ) | Case No.  08cv384 (RBW) |
| PORSCHE CARS OF NORTH ) AMERICA, et al. | |
|     Defendants ) | |

**PLAINTIFF'S MOTION FOR EXTENTION OF TIME**

NOW COMES Plaintiff, Paleos & Krieger, PC, by and through undersigned counsel and moves this Honorable Court for a 30 day extention of time in which to file its response to the motions to dismiss, or for summary judgment, or to transfer venue by Defendant Ameriprise Insurance.

In support there of, Plaintiff avers as follows:

Defendant Porsche Cars of North America has not yet been joined as a Defendant.. Despite its legal department insisting that its registered agent for service of process is CT Corporation in Atlanta and the listing of its corporate headquarters in Atlanta, CT Corp. has rejected service of process, insisting that it is not the registered agent for Defendant Porsche and that the Georgia Secretary of State has no record of any registered agent for Defendant Porsche. As the result, it appears that Defendant Porsche is merely doing-business-as its name in Georgia and is, in-fact, another corporation registered elsewhere. Plaintiff has not yet been able to determine this information.

Absent the presence of al Defendants, Plaintiff believes that motions by Defendant Ameriprise  to be premature, as Defendant Porsche may be of a different view

on all or some. It may opposed the motion to transfer venue as does Plaintiff. It may wish to assert a cross-claim against Defendant Ameriprise or the reverse. Quite simply, in the interests of judicial economy, both parties should be before this Court before it rules on any motion.

Second, undersigned counsel practices national security law. (Google search "Roy Krieger" for more information). This often requires undersigned counsel to visit the facilities of the various intelligence agencies to review classified documents or to prepare classified documents, as the offices of undersigned counsel are not certified for these purposes. When undersigned counsel visits an intelligence facility he is incommunicado, as no cell phones may be brought in and he has no access to e-mail.

Since receiving Defendant Ameriprise's motions, undersigned counsel has been engaged in the defense of a CIA officer in an internal affairs mater and has been required to make multiple day-long visits to a covert intelligence facility located at some distance from the home or offices of undersigned counsel. Quite simply, undersigned counsel has not had the opportunity to complete an opposition to any of Defendant Ameriprise's motions.

Pursuant to Local Rule 7 (m), undersigned counsel has contacted counsel for Defendant Ameriprise on several occasions to determine if it would oppose the instant motion. Counsel for Defendant Ameriprise requested to see the proposed motion before taking a position. Because of his absences from his offices for the above-stated reasons, undersigned counsel has only now had the opportunity to prepare the instant motion which obviously has not yet been reviewed by counsel for Defendant Ameriprise. Plaintiff therefore is unaware if the instant motion will be opposed.

WHEREFORE, Plaintiff prays this Honorable Court grant his instant motion for a 30 day extension of time in which to bring Defendant Porsche into the case and respond to the motions by Defendant Ameriprise.

    Respectfully submitted,

_____/s_____
Roy Krieger
DC Bar. 375754
PALEOS & KRIEGER, P.C.
1250 Connecticut Ave., NW
Suite 200
Washington, DC 20036
202/261-3576
kriegerr@att.net